# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

**CLESTER BILLS**                                       **PLAINTIFF**

v.                         No. 3:17-cv-275-DPM

**RABEIO, Circuit Judge,**
**JOHNNY DUNIGAN,**
**DOE, District Attorney's Office**            **DEFENDANTS**

## ORDER

**1.** Bills moves to proceed *in forma pauperis*. № 1. But he's a three-striker. 28 U.S.C. § 1915(g). Before filing this lawsuit, he had at least four cases dismissed for failing to state a claim. *E.g., Bills v. Blytheville Water Work*, 3:16-cv-48-KGB; *Bills v. Ranney*, 3:16-cv-282-BSM; *Bills v. Richardson*, 3:17-cv-113-JM; *Bills v. Whitfield*, 3:17-cv-187-DPM. And though Bills says he fears for his life, nothing else in his new complaint shows he's actually in imminent danger of serious physical injury. 28 U.S.C. § 1915(g); *Martin v. Shelton*, 319 F.3d 1048, 1050 (8th Cir. 2003). His motion to proceed *in forma pauperis*, № 1, is therefore denied.

**2.** Bills's complaint will be dismissed without prejudice. If Bills wants to pursue this case, then he must pay the $400 filing and administrative fees and file a motion to reopen this case by 26 November 2017. An *in forma pauperis* appeal from this Order and

accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 October 2017