# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

**CLESTER BILLS**                                                          **PLAINTIFF**

v.                    No. 3:17-cv-275-DPM

**RABEIO, Circuit Judge,**
**JOHNNY DUNIGAN,**
**DOE, District Attorney's Office**                      **DEFENDANTS**

## JUDGMENT

Bills's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 October 2017